AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

SHAWNA NICOLE KELLER

*Plaintiff*

v.

CREDITOR IUSTUS ET REMEDIUM, LLP, and
TARA MARIE MUREN

*Defendant*

Civil Action No.

CV11-04237 HRL

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Tara Marie Muren
Creditor Iustus et Remedium, LLP
8665 Gibbs Drive, Suite 150
San Diego, California 92123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*

Date: AUG 2 6 2011

CITA H. ESCOLANO

*Signature of Clerk or Deputy Clerk*